**Larry D. BITTICK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64515.**

Missouri Court of Appeals,
Western District.

Nov. 22, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 31, 2006.

Application for Transfer Denied
April 11, 2006.

Larry D. Bittick, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before VICTOR C. HOWARD, P.J., JAMES M. SMART, JR., THOMAS H. NEWTON, JJ.

### Order

PER CURIAM.

Larry Bittick appeals the denial of his Rule 29.15 motion following an evidentiary hearing, in which he sought relief from his convictions on one count of second-degree assault on a law enforcement officer and three counts of second-degree assault. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).